1000

No. 768, Misc.   ELLIS *v.* RAINES, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 769, Misc.   KIRSCH *v.* PATE, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 770, Misc.   KRZYWOSZ *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 771, Misc.   JORDAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 772, Misc.   MORRIS *v.* JOHNSON.   Supreme Court of Texas.   Certiorari denied.

No. 774, Misc.   BARNETT *v.* JUDGE, MARION COUNTY CRIMINAL COURT.   Supreme Court of Indiana.   Certiorari denied.

No. 775, Misc.   POTTER *v.* LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 776, Misc.   CORSO *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 779, Misc.   MUMMIANI *v.* NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 781, Misc.   SAUNDERS *v.* RICHMOND, WARDEN.   Supreme Court of Errors of Connecticut.   Certiorari denied.

No. 783, Misc.   PELKE *v.* MONTANA ET AL.   Supreme Court of Montana.   Certiorari denied.